■ In the Matter of DOMINICK P. UZZI against STEPHEN P. KENNEDY, as Commissioner of the Police Department of the City of New York.— Motion granted insofar as to permit the proceeding to be heard on the original record, without printing the same, and upon typewritten or mimeographed petitioner's points, on condition that the petitioner serves one copy of the typewritten or mimeographed petitioner's points upon the Corporation Counsel of the City of New York and files 6 typewritten or 19 mimeographed copies of petitioner's points, together with the original record, with this court on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said proceeding to be argued or submitted when reached. Concur— Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ GABRIEL LICHTENSTEIN et al. v. EMIL LEVITT et al. EMIL LEVITT et al. v. PELMAD CORPORATION et al.— Motion denied, having become academic by virtue of the decision of this court in *Lichenstein* v. *Leviit* (8 A D 2d 711). Concur— Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ GABRIEL LICHTENSTEIN et al. v. EMIL LEVITT et al. EMIL LEVITT et al. v. PELMAD CORPORATION et al.— Motion to dismiss appeal granted, with $10 costs. Concur— Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ JOSEPH QUITTNER et al., as Executors of HERMAN LEVINE, Deceased, v. MARILYN P. KLION.— Motion dismissed as academic on the ground that the appellant has a right to incorporate the papers on appeal in connection with the appeal taken from the decree of the Surrogate and the amended decree of the Surrogate in a single appeal book. Concur— Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of SADIE OHLSTEIN against HILLCREST PAPER COMPANY, INC., et al.— Motion denied, with leave, however, to the respondents-appellants to serve an answer within five days after service upon their attorney of a copy of the order herein, with notice of entry thereof. Concur— Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ JOSEPH NATALE, an Infant, by OSCAR NATALE, His Guardian ad Litem, v. GREAT ATLANTIC & PACIFIC TEA CO.— Motion for extension of time denied, but trial is stayed until June 10, 1959, on condition that the appeal is argued or submitted on May 26, 1959. Concur— Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

## (May 15, 1959)

■ OTTO HANSEN, as Trustee, v. CAROL MACB. STORM et al., as Executrices of ADA B. STORM, Deceased. OTTO HANSEN, as Trustee, v. CHEMICAL CORN EXCHANGE BANK et al.— Motion to resettle order entered April 13, 1959 granted, as prayed for. Settle order. Concur— Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ In the Matter of EXCHANGE MUTUAL INSURANCE COMPANY. FRANK SCANDURA et al.— Motion granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 28, 1959, with notice of argument for June 9, 1959, said appeal to be argued or submitted when reached. Concur— Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ JACQUELINE FEUER v. MAX FEUER.— Motion granted only to the extent of permitting the appeals to be heard at the same time in a single appeal book, without duplication of printing, and in all other respects the motion is denied. Concur— Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.